**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**BRITNEY BYRD**                                                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:19cv574-HSO-RHW**

**COMMISSIONER OF SOCIAL SECURITY**                                         **DEFENDANT**

**REPORT AND RECOMMENDATION**

Before the Court is [2] the *pro se* Plaintiff's motion for leave to proceed *in forma pauperis* (IFP) in this action for review of a decision of the Commissioner of Social Security denying Plaintiff's claim for Social Security disability insurance benefits.  Leave to proceed *in forma pauperis* is a privilege, not a right.  *Evensky v. Wright*, 45 F.R.D. 506, 507-08 (N.D. Miss. 1968).  Whether to grant or deny leave to proceed IFP is left to the sound discretion of the District Court.  *Willard v. U.S.*, 299 F.Supp. 1175, 1177 (N.D. Miss. 1969), *aff'd*, 422 F.2d 810 (5th Cir. 1970).  The 37-year old Plaintiff and her husband have three dependent children aged 4-13.  Plaintiff states in her IFP application that she has no income, however her husband earns $4000/month from employment, has $200 in a checking account, and $1465 in two savings accounts.  They have $20 in cash, own a 2017 mobile home valued at $65,000, eight acres of land valued at $45,000, three automobiles valued at a total of $11,000 and a tractor valued at $11,000.  Plaintiff states she has no average monthly expenses, but her husband has total average monthly expenses of $3415, consisting of $785 rent/mortgage, $390 utilities, $1000 food, $150 clothing,  $500 medical/dental, $150 transportation, $150 recreation and entertainment, $90 auto insurance, and installment payments of $100 for a credit card.

From the information provided it appears that with minor adjustment of some expenses, *e.g.* $150/month for recreation/entertainment, Plaintiff has sufficient household assets to pay the required filing fee.

## RECOMMENDATION

The undersigned recommends that Plaintiff's motion for leave to proceed IFP be denied.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Within 14 days after being served with a copy of a Report and Recommendation, a party may serve and file written objections to the Report and Recommendation, specifically identifying the findings, conclusions, and recommendations to which she objects. The District Court need not consider frivolous, conclusive, or general objections. After service of objections, opposing parties have seven days to either serve and file a response or notify the District Judge that they do not intend to respond to the objection. Except on grounds of plain error, a party cannot attack on appeal any proposed factual finding or legal conclusion accepted by the District Court to which he did file timely objections. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Signed, this the 30th day of September 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE